CHARLOTTE W. WILKE et al., Appellants, v. ARTHUR W. BRITTON et al., Defendants, HARVEY D. GIBSON et al., Defendants-Respondents, and DISTILLERS CORPORATION-SEAGRAMS LTD., Defendant-Respondent, Appearing Specially.—

No opinion.
Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.